HAMILTON TOWERS, INC. v.
TOWNSHIP OF WEEHAWKEN.

September 17, 1985.

Petition for certification granted.

JOE MAYES, T/A JACKSON ESTATES v. JACKSON TOWNSHIP
RENT LEVELING BOARD AND JACKSON ESTATES MOBILE
HOMEOWNERS ASSOCIATION.

September 17, 1985.

Petition for certification granted.

Opinion, 103 *N.J.* 362.

STATE OF NEW JERSEY v. ROBERT THAYER.

September 17, 1985.

Petition for certification denied.

CHARLES GENDLER & CO., INC. v.
NIPPON ELECTRIC CO., LTD.

September 17, 1985.

Petition for certification granted.   (See 199 *N.J.Super.* 227)